DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LORENZO ANTONIO DIAZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0771

_____

February 6, 2026

Appeal from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.